# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1570
_____

Marcia Haller

*Plaintiff - Appellant*

v.

SpectraSite Communications, LLC; New Cingular Wireless, PCS, LLC, doing business as AT&T Mobility; T-Mobile Central LLC; Does 1 through 10 inclusive

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: January 27, 2026
Filed: January 30, 2026
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Marcia Haller appeals the district court's[1] dismissal of her action under Title III of the American with Disabilities Act. After careful de novo review of the record and the parties' arguments on appeal, we conclude the dismissal was proper for the reasons stated by the district court. See Perry v. Precythe, 121 F.4th 711, 714 (8th Cir. 2024) (reviewing dismissal under Fed. R. Civ. P. 12(b)(6) de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jeffrey M. Bryan, United States District Judge for the District of Minnesota.